

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2012 TSPR 33 |
| Enmienda a la Regla 14(d) del Reglamento del Tribunal Supremo | 184 DPR ____ |

Número del Caso: ER-2012-3

Fecha: 22 de febrero de 2012

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Enmienda a la Regla 14(d) del
Reglamento del Tribunal Supremo        ER-2012-03

RESOLUCIÓN

San Juan, Puerto Rico, a 22 de febrero de 2012.

Considerada la solicitud hecha por el Procurador General a los fines de extender el término dispuesto para someter su recomendación sobre las quejas y asuntos disciplinarios que le son referidos por este Tribunal para investigación e informe, se enmienda la Regla 14 (d) del Reglamento del Tribunal Supremo para que lea:

"(d) Cuando el abogado, la abogada, el notario o la notaria haya presentado su contestación o haya transcurrido el término concedido para contestar, el Secretario o la Secretaria remitirá la queja y la contestación, o la queja y una expresión sobre la falta de contestación, según sea el caso, al Procurador o Procuradora General o al Director o Directora de la Oficina de Inspección de Notarias, respectivamente, para que, dentro del término de sesenta (60) días, se expresen sobre estas y hagan la recomendación que estimen pertinente."

De otra parte, el reglamento establece que las quejas que se presenten se referirán a la Oficina

del Procurador General o a la Oficina de Inspección de Notarías, según sea el caso, para investigación y recomendación. Permitir que se presenten quejas directamente en la Oficina del Procurador General representa una duplicidad de los procedimientos que, además, sobrecarga innecesariamente los recursos de esa oficina y de este Tribunal. Tomando en consideración lo anterior, y en virtud de nuestra facultad inherente de reglamentar la profesión legal, se ordena al Procurador General instruir a las personas que acudan a su oficina a presentar una queja contra algún abogado o abogada, a que presenten su queja directamente ante el Tribunal Supremo. No obstante, el Procurador General deberá atender y tomar una determinación en las quejas que fueron presentadas directamente en su oficina y que a la fecha de esta Resolución están pendientes.

Publíquese.

Así lo acordó y manda el Tribunal, y certifica la Secretaria del Tribunal Supremo.


                              Aida Ileana Oquendo Graulau
                            Secretaria del Tribunal Supremo